# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

TYSHAREE GLOVER

        Plaintiff,

   v.

CG PORTOFINO HOMES GP, LLC;
NATIONAL CREDIT SYSTEMS,
INC.;
EXPERIAN INFORMATION
SOLUTIONS,
INC.; EQUIFAX INFORMATION
SERVICES, LLC; and DOES 1
through 10, inclusive,

        Defendant.

Case No.: 2:25-cv-12128-WLH-BFM

**ORDER RE STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: _____ JUNE 8 , 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1